J. Inocente ALONZO–CRUZ; Tomasa Pena De Alonzo, Petitioners,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–73154.

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2006.*

Decided May 19, 2006.

Emmanuel Enyinwa, Esq., Emeziem & Ogbu, LLP, Emeryville, CA, for Petitioners.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, OIL, U.S. Department of Justice, Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, TROTT, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

J. Inocente Alonzo–Cruz and Tomasa Pena de Alonzo, husband and wife and natives and citizens of Mexico, petition for review of the Board of Immigration Appeals' order summarily affirming an Immigration Judge's ("IJ") decision denying their applications for cancellation of removal. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss the petition for review.

Petitioners' contention that they met the "good moral character" and continuous physical presence requirements for cancellation of removal is unavailing because the IJ's decision was based solely on a finding that they had not demonstrated the requisite degree of hardship. *See Romero–Torres v. Ashcroft*, 327 F.3d 887, 889 (9th Cir.2003) (listing statutory requirements for relief). We lack jurisdiction to review that discretionary determination. *See id.* at 891–92.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.